1  Walter C. Cook, SBN 111330
2  **LAW OFFICES OF WALTER C. COOK**
   2995 Woodside Rd., #400
3  Woodside, CA 94062
   415-902-8440
4  WaltCook@gmail.com

5

6  Attorney for Defendant
   JOHN DOE 1
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 JANE ROE,                        )  Case No.:   4:23-cv-01099
                                    )
11            Plaintiff,            )  STIPULATION AND [PROPOSED]
                                    )  ORDER TO CONTINUE CASE
12    vs.                           )  MANAGEMENT CONFERENCE
                                    )  (AS MODIFIED)
13 JOHN DOE, et al.,                )
                                    )
14            Defendants.           )
                                    )
15                                  )

16

17        Plaintiff Jane Roe and Defendant John Doe 1, by and through their attorneys of

18 record, hereby jointly request that the Court continue the currently scheduled Case

19 Management Conference set for June 21, 2023 at 1:30 p.m., to either:

20        August  2, 2023 at 1:30 p.m;

21        August 16, 2023 at 1:30 p.m.; or

22        August 30, 2023 at 1:30 pm.

23        Good cause exists for this requested continuance:

24        1.  Counsel for plaintiff is currently in trial and is expected to still be in trial on

25            June 21, 2023.

26        2.  The parties have been working together cooperatively and have agreed to this

27            matter be submitted to the Court's ADR Program.

3. The Hon. Ellen S. James (Ret.) was appointed as the Court ordered mediator in this case on June 13, 2023, under ADR L.R. 6, (Doc. 15);

4. The parties agree that a Case Management Conference would be more productive after the parties have engaged, at least, in the required pre-mediation conference with Judge James.

5. The parties will endeavor to have the mediation in this case completed before the end of July 2023, Judge James' calendar permitting.

Therefore, the parties respectfully request that the Case Management Conference be continued to either August 2nd, 16th, or 30th, at 1:30 p.m., and to submit a revised joint report to the Court as required by the Court's order.

Dated: June 14, 2023,                       LAW OFFICES OF WALTER C. COOK

By: _____
Walter C. Cook, Attorney for
Defendant John Doe 1

Dated: June 14, 2023,                       MAAS & RUSSO, LLP

By: _____
Daniel J. Russo, Attorney for
Plaintiff Jane Roe

1

## ORDER

2

3        Pursuant to stipulation, and for good cause shown, it is hereby ordered that the **initial**
case management conference is continued to (pick one)

4

5        ~~August 2, 2023,~~

6        ~~August 16, 2023,~~

7        August 30, 2023, **in Oakland, by Videoconference only**

8        commencing at 1:30 p.m. A revised joint ~~status report~~ **case mgmt. conf. statement** shall be filed ~~fourteen~~ **seven** days

9        before the conference. All counsel and parties may access the webinar information
(public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

10

11        Dated: June 16, 2023

12                                                       The Hon. Donna M. Ryu
13                                                       Chief Magistrate Judge
                                                         United States District Court
14                                                       Northern District of California

15



IT IS SO ORDERED
AS MODIFIED
Judge Donna M. Ryu

16

17

18

19

20

21

22

23

24

25

26

27

## PROOF OF SERVICE

I declare that I am a United States citizen, over eighteen and not a party to this action. My business address is 2995 Woodside Rd, #400, Woodside, CA, 94062 On the below date I served:

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

☒ **MAIL** [1]   ☐ **CERTIFIED MAIL** [2]   ☐ **NEXT-DAY SERVICE** [3]
☐ **HAND DELIVERY** [4]   ☐ **FACSIMILE** [5]   ☒ **EMAIL** [6]

on the interested party or parties as indicated below, addressed as follows:

| | |
|---|---|
| Daniel J. Russo<br>MAAS & RUSSO<br>521 Georgia Street<br>Vallejo, CA 94590<br>Phone:(707)644-4004<br>Facsimile:(70) 644-7528 | Attorney For Plaintiff, Jane Doe,<br>law@maasrusso.com |

Dated: June ___, 2023

_____

Walter Cook

_____

[1] I personally sealed the document(s) in a postage paid package, addressed as indicated above. Following ordinary office practice, I placed it in the office's usual location for mailing with the USPS.

[2] I personally served the document(s) as mail described above, and certified it with return receipt requested.

[3] I personally sealed the document(s) in a postage paid package, addressed as indicated above. Following ordinary office practice, I placed it in a regularly used drop box by an overnight delivery service.

[4] I personally sealed the document(s) in a package, addressed as indicated above. I caused such envelope to be hand-delivered by a same-day messenger service to the addressee(s) on this date.

[5] I personally faxed the document(s) addressed as indicated above. No error was reported by the sending machine. The transmission record for this facsimile complies with California Rule of Court 2003(6).

[6] I personally electronically served the document(s) to the electronic mailing address indicated above.

*Roe v. Doe, Case No. 4:23-cv-01099*
Stipulation and Order to Cont. CMC                                    Page 4